UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN-PHILBERT RENAUD,

                          Petitioner,

        -against-

DONALD TRUMP, *et al.*,

                          Respondents.

20-CV-9248 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 28, 2021, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 28, 2021
             New York, New York

                                                       COLLEEN McMAHON
                                                   Chief United States District Judge